UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF KIRBY INLAND MARINE, LP AND KIRBY CORPORATION, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * | Civil Action No. 4:22-cv-2464<br>Judge Lee H. Rosenthal<br>Rule 9(h) Admiralty |

**CLAIMANT MICHAEL FORD'S STIPULATIONS REGARDING LIMITATION OF LIABILITY**

Claimant Michael Ford ("Claimant"), by and through his counsel of record, enters the following stipulations in this limitation of liability proceeding:

1. Claimant acknowledges that Petitioners are entitled to and have the right to litigate all issues relating to limitation of liability in this Court.

2. Claimant specifically reserves the right to deny and contest in this Court all assertions and allegations made by Petitioners in their live Complaint and Petition for Exoneration From and/or Limitation of Liability.

3. Claimant will not seek any judgment or ruling on the issue of Petitioners' right to limitation of liability in any other federal or state court.

4. Claimant waives any claim of *res judicata* relevant to the issue of limitation of liability based on any judgment that may be rendered in any other federal or state court.

5. Claimant stipulates that in the event there is a judgment in the state court case where the total amount exceeds the amount established as the proper limitation fund, whether against Petitioners or any liable party or parties who may make a cross claim or claims over and against Petitioners, in no event will Claimant seek to enforce the excess judgment or recovery insofar as doing so would expose Petitioners to liability in excess of the proper limitation fund.

6. Claimant will not seek to enforce any judgment more than $3,448,876 pending the adjudication of the Complaint and Petition for Exoneration From and/or Limitation of Liability currently pending in this Court.[1]

Respectfully submitted,

ARNOLD & ITKIN LLP

*/s/ Roland Christensen*

Kurt Arnold
SBN: 24036150
karnold@arnolditkin.com
Caj Boatright
SBN: 24036237
cboatright@arnolditkin.com
Roland Christensen
SBN: 24101222
rchristensen@arnolditkin.com
6009 Memorial Drive
Houston, Texas 77007
Tel: 713.222.3800
Fax: 713.222.3850
e-service@arnolditkin.com

**ATTORNEYS FOR CLAIMANT MICHAEL FORD**

[1] Once the injunction is dissolved, Claimant's state court case will proceed and the only issue this Court may potentially have to decide will be whether "privity or knowledge" exists. The Court will only have to decide this issue if Claimant receives a judgment more than Petitioners' limitation fund.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been electronically filed through the Court's CM/ECF system, which will send notification of electronic filing to all counsel of record on March 21, 2023.

*/s/ Roland Christensen*
Roland Christensen